OPINION — AG — ** UNION LABEL — BALLOTS ** QUESTION: IS IT PERMISSIBLE IN PRINTING OF COUNTY ELECTION BALLOTS, TO PLACE UPON THE UNION LABEL OF THE TYPOGRAPHICAL UNION (AF OF L ; ALSO WHETHER THE SAME RULING WOULD OBTAIN AS TO CITY AND SCHOOL DISTRICT BALLOTS) ? — THE AG SEES NO STATUTE THAT WOULD PROHIBIT IT. (ELECTION BALLOTS, MARKING, PRINTING) CITE: 26 O.S. 228 [26-228] (JAMES P. GARRETT)